UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC,

    Plaintiffs,

-against-

MICHAEL LAING, ROBERTA A. PUGLIESE,
LAING HOLDINGS CORPORATION and
INTERACTIVE MEDICAL TECHNOLOGIES, CORP.,

    Defendants.

Case No.: 08-civ-4907-RPP-HP
ECF CASE

---

### DEFENDANTS' LAING HOLDINGS CORPORATION AND INTERACTIVE MEDICAL TECHNOLOGIES, CORP.'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Laing Holdings Corporation and Interactive Medical Technologies, Corp. (private non-governmental corporate parties) certify that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was faxed and mailed this 28th day of May, 2008 to all parties on the attached service list.

                                        JEFFREY M. GLOTZER, P.A.

                                        Attorney for Defendants Michael Laing,
                                        Roberta A. Pugliese, Laing Holdings
                                        Corporation and Interactive Medical
                                        Technologies, Corp.
                                        6111 Broken Sound Parkway, NW
                                        Suite 330
                                        Boca Raton, FL 33487

Boca Raton, FL 33487
Phone: (561) 443-1994
Fax: (561) 431-3104

By: _____
JEFFREY M. GLOTZER
E-mail: jeff@jeffglotzerlaw.com
New York State Bar No. 2330447

## Service List

Robert L. Rimberg
Goldberg & Rimberg
Counselors at Law PLLC
*Attorneys for Plaintiffs*
115 Broadway, 3rd Floor
New York, New York 10006