Robert L. Rimberg, Esq. (RLR2453)
Joel S. Schneck, Esq. (JSS7019)
GOLDBERG & RIMBERG, PLLC
115 Broadway – 3rd Floor
New York, New York 10006
Phone: (212)697-3250
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC.          Docket No. 1:08-cv-04907-RPP

                Plaintiffs,

  -against-

                                    **AFFIDAVIT OF SERVICE**

MICHAEL LAING, ROBERTA A.
PUGLIESE, LAING HOLDINGS
CORPORATION and INTERACTIVE
MEDICAL TECHNOLOGIES, CORP.,

                Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

      The undersigned being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in the County of Kings.  That on June 3, 2008 she caused a true copy of the "Order to Show Cause," "Memorandum of Law" and "Supplemental Declaration of Joel S. Schneck" to be served as follows:

**VIA FEDERAL EXPRESS OVERNIGHT**
To:    Jeffrey M. Glotzer, P.A.
        Jeffrey M. Glotzer, Esq.
        6111 Broken Sound Parkway NW
        Suite 330
        Boca Raton, Florida 33487

                                              _____
                                              Beverly November

Sworn to before me this
3rd day of June, 2008.

_____
Notary Public

STEVEN A. WEG
Notary Public, State of New York
No. 02WE6183060
Qualified in Nassau County
Expires March 10, 2012