UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC.          Docket No. 1:08-cv-04907-RPP

                Plaintiffs,

-against-

MICHAEL LAING, ROBERTA A.
PUGLIESE, LAING HOLDINGS
CORPORATION and INTERACTIVE
MEDICAL TECHNOLOGIES, CORP.,

                Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

## ORDER TO SHOW CAUSE

Upon the reading and filing of the annexed Declaration of Michael Milea, dated May ?, 2008 and the exhibits annexed thereto, the annexed Declaration of Laurie Misner, dated May ?, 2008 and the accompanying Memorandum of Law in Support of Plaintiff's Application for a Preliminary Injunction, and upon all prior proceedings had herein;

IT IS HEREBY ORDERED that defendants Michael Laing, Roberta A. Pugliese, Laing Holdings Corporation and Interactive Medical Technologies, Corp., SHOW CAUSE, before the Honorable Robert P. Patterson at Courtroom 25A, of the Federal Courthouse for the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, on the 17 day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, why Orders should not be entered herein: (a) pursuant to F.R.C.P.R. 65 (a) and (b) granting a temporary restraining order and preliminary injunction enjoining Michael Laing, Laing Holdings Corporation, Roberta A. Pugliese and Interactive Medical

Technologies, Corp. from purchasing, selling, promoting, and/or distributing gas cylinders, valves, regulators, conserving devices, fingertip pulse oximeters and other related devices and from otherwise competing with Intermed Gas Products, LLC's business; and (b) granting such other and further relief as to this Court seems just and proper; and it is further

~~ORDERED that, pending the hearing and determination of said motion, (a) Michael Laing, Roberta A. Pugliese, Laing Holdings Corporation and Interactive Medical Technologies, Corp. are enjoined from purchasing, selling, promoting, and/or distributing gas cylinders, valves, regulators, conserving devices, fingertip pulse oximeters and other related devices and from otherwise competing with Intermed Gas Products, LLC's business; and its further~~ /RR

ORDERED that service of this Order and the papers upon which it is based upon counsel for defendants by overnight mail on or before __June 4__, 2008, shall be deemed good and sufficient service; and it is further  RR

ORDERED that answering papers, if any, shall be served upon the Plaintiffs' counsel, so that they are received by __June 12__, 2008 and it is further  RPR

ORDERED that reply papers, if any, shall be served by __June 16__,  RPR
2008.

Dated: June 2, 2008

_____
J.D.C.