UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC,

        Plaintiffs

v.

MICHAEL LAING, ROBERTA PUGLIESE,
LAING HOLDINGS CORPORATION and
INTERACTIVE MEDICAL TECHNOLGIES, CORP.
        Defendants.

Case No.: 08-CIV-04907 RPP-HP
ECF CASE

---

## DEFENDANTS' NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Affidavits of Michael Laing, Defendants, MICHAEL LAING (hereinafter referred to as "LAING"), ROBERTA PUGLIESE (hereinafter referred to as "PUGLIESE"), LAING HOLDINGS CORPORATION (hereinafter referred to as "LHC"), INTERACTIVE MEDICAL TECHNOLGOIES, CORP. (hereinafter referred to as "IMT")(collectively hereinafter referred to as "Defendants"), will move this Court at a date and time to be determined by the Court, for an Order Disqualifying Robert L. Rimberg, Esq, and Goldberg & Rimberg, PLLC from Representing Plaintiffs and for such other relief as this Court deems just and proper; and

NOTICE IS FURTHER GIVEN that responses to the Motion, if any, shall be served to counsel for Defendants, Jeffrey M. Glotzer, P.A., 6111 Broken Sound Parkway, Suite 330, Boca Raton, Florida 33487, attention: Jeffrey M. Glotzer, Esq.

Dated June 3rd, 2008

                                                                          s/ Jeffrey M. Glotzer
                                                      Jeffrey M. Glotzer (Attorney Bar Code # JG2620)
                                                      Email: Jeff@jeffglotzerlaw.com
                                                      JEFFREY M. GLOTZER, P.A.

6111 Broken Sound Pkwy, NW, Suite 330
Boca Raton, Florida 33487
Telephone :   (561)443-1994
Facsimile:    (561)431-3104
*Attorney for Defendants*