Robert L. Rimberg, Esq. (RLR2453)
Joel S. Schneck, Esq. (JSS7019)
GOLDBERG & RIMBERG, PLLC
115 Broadway – 3rd Floor
New York, New York 10006
Phone: (212)697-3250
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC.          Docket No. 1:08-cv-04907-RPP

                       Plaintiffs,

   -against-                                            **AFFIDAVIT OF SERVICE**

MICHAEL LAING, ROBERTA A.
PUGLIESE, LAING HOLDINGS
CORPORATION and INTERACTIVE
MEDICAL TECHNOLOGIES, CORP.,

                    Defendants.
-------------------------------------------------------X
STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

      The undersigned affirms and says that he is not a party to this action, is over the age of 18 years and resides in the County of Nassau. That on June 12, 2008 he caused a true copy of the "Amended Complaint" to be served as follows:

**VIA E-MAIL**
To:    Jeffrey M. Glotzer, P.A.
        jeff@jeffglotzerlaw.com

                                                _____
                                                Steven A. Weg

Affirmed to before me this
12th day of June, 2008.

_____
Notary Public

DINA ELBERG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01EL6109049
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES APRIL 26, 20__