Robert L. Rimberg, Esq. (RLR2453)
Joel S. Schneck, Esq. (JSS7019)
GOLDBERG & RIMBERG, PLLC
115 Broadway – 3rd Floor
New York, New York 10006
Phone: (212)697-3250
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC.

               Plaintiffs,

   -against-                    Docket No. 1:08-cv-04907-RPP

MICHAEL LAING, ROBERTA A.
PUGLIESE, LAING HOLDINGS
CORPORATION and INTERACTIVE
MEDICAL TECHNOLOGIES, CORP.,

               Defendants.
----------------------------------------X

**STIPULATED ORDER RESOLVING PLAINTIFF'S ORDER TO SHOW CAUSE
SEEKING A PRELIMINARY INJUNCTION**

IT IS HEREBY STIPULATED by and between the parties herein that plaintiffs' order to show cause dated June 2, 2008 seeking orders: (a) pursuant to F.R.C.P.R. 65 (a) and (b) granting a temporary restraining order and preliminary injunction enjoining Michael Laing, Laing Holdings Corporation, Roberta A. Pugliese and Interactive Medical Technologies, Corp. from purchasing, selling, promoting, and/or distributing gas cylinders, valves, regulators, conserving devices, fingertip pulse oximeters and other related devices and from otherwise competing with Intermed Gas Products, LLC's business shall be resolved as follows:

1. during the pendency of this action, defendants Michael Laing, Laing Holdings Corporation, Roberta A. Pugliese and Interactive Medical Technologies, Corp. and any of their agents and employees shall not purchase, sell, promote, and/or distributing gas cylinders, valves, and regulators or contact any of the plaintiffs' customers or suppliers with respect to gas cylinders, valves, and regulators, subject to section 2 below;

2. defendants may re-sell the 500 regulators which were purchased pursuant to the purchase order annexed hereto as Exhibit "A" to anyone other than Plaintiffs' customers. Plaintiff shall provide a list of who they contend are their customers to Defense counsel by no later than June 23, 2008.

3. all parties agree that they will not disparage or otherwise defame any other party to this action herein.

Dated:   June 16, 2008

_____        _____
Joel S. Schneck   (JS7019)              Jeffrey M. Glotzer, Esq.
Goldberg & Rimberg, PLLC                Jeffrey M. Glotzer, P.A.
Attorneys for Plaintiffs                Attorneys for Defendants
115 Broadway, Suite 302                 6111 Broken Sound Parkway, NW
New York, New York 10006                Suite 330
(212)697-32550                          Boca Raton, Florida 33487
                                        (561)443-1994


June 16, 2008          SO ORDERED:

                       _____
                                    J.D.C.

Interactive Medical Technologies
~~Corporation~~
305 Trieste Drive
Palm Beach Gardens, FL 33418

# Purchase Order

| Date | P.O. No. |
|---|---|
| 5/1/2008 | 3 |

| Vendor |
|---|
| Jiangsu Dengguan Medical Treatment Instrument Co. Ltd<br>Denggulan Town Jintan City<br>Jiangsu Province, China |

| Ship To |
|---|
| Interactive Medical Technologies Corporat<br>305 Trieste Drive<br>Palm Beach Gardens, FL 33418 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 0-8 CGA 870 | CGA 870 0-8 Regulator | 200 | 8.00 | 1,600.00 |
| 0-15 CGA 870 | 0-15 CGA 870 Regulator | 200 | 8.00 | 1,600.00 |
| 0-15 CGA 540 WD | 0-15 CGA 540 w/Diss fitting | 100 | 8.00 | 800.00 |

**Total** $4,000.00