Robert L. Rimberg, Esq. (RLR2453)
Joel S. Schneck, Esq. (JSS7019)
GOLDBERG & RIMBERG, PLLC
115 Broadway – 3rd Floor
New York, New York 10006
Phone: (212)697-3250
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
972 IRREVOCABLE TRUST and
INTERMED GAS PRODUCTS, LLC.

          Plaintiffs,

-against-             Docket No. 1:08-cv-04907-RPP

MICHAEL LAING, ROBERTA A.
PUGLIESE, LAING HOLDINGS
CORPORATION and INTERACTIVE
MEDICAL TECHNOLOGIES, CORP.,

          Defendants.
------------------------------------------------------X

## STIPULATION WITH RESPECT TO PENDING MOTIONS

IT IS HEREBY STIPULATED by and between the parties herein that:

(a)    Defendants' motion to disqualify plaintiffs' counsel shall be adjourned to July 9, 2008; opposition papers shall be served by June 27, 2008 and reply papers shall be served by July 8, 2008;

(b)    Defendants' current motion to dismiss and for related relief is withdrawn without prejudice; said withdrawal does not constitute a waiver of any claim Defendants' may have as it relates to the Court's lack of personal jurisdiction over Defendants;

   (c)   Defendants have until June 27, 2008 to answer or otherwise move with respect to the Amended Complaint.

Dated:   June 17, 2008

_____
Joel S. Schneck (JS7019)
Goldberg & Rimberg, PLLC
Attorneys for Plaintiffs
115 Broadway, Suite 302
New York, New York 10006
(212)697-32550

_____
Jeffrey M. Glotzer, Esq.
Jeffrey M. Glotzer, P.A.
Attorneys for Defendants
6111 Broken Sound Parkway, NW
Suite 330
Boca Raton, Florida 33487
(561)443-1994

SO ORDERED:

_____
J.D.C.
6/17/08    USDJ