# JEFFREY M. GLOTZER, P.A.
### ATTORNEY AT LAW

6111 BROKEN SOUND PKWY, NW
SUITE #330
BOCA RATON, FLORIDA 33487
TELEPHONE (561) 443-1994
FACSIMILE (561) 431-3104
jeff@jeffglotzerlaw.com



RECEIVED JUL 16 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

July 16, 2008

**VIA FACSIMILE ONLY-(212)805-7917**
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

RE: 972 Irrevocable Trust, et al v. Michael Laing, et al.
Case No.: 08-civ-4907-RPP-HP

Dear Honorable Judge Patterson:

As the Court is aware, Defendant's Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida is due by July 18, 2008. I am writing to advise the Court that counsel for Plaintiffs have been gracious enough to consent to an extension of time until **July 25, 2008** for Defendants to file a Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida.

Thank you for your consideration.

Very truly yours,

Jeffrey M. Glotzer

JMG
cc: Joel Schneck, Esq.(via electronic mail)

*Application granted*
*So ordered*
*Robert P Patterson*
*USDJ*
*7/17/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08