# JEFFREY M. GLOTZER, P.A.
### ATTORNEY AT LAW

6111 BROKEN SOUND PKWY, NW
SUITE #330
BOCA RATON, FLORIDA 33487
TELEPHONE  (561) 443-1994
FACSIMILE  (561) 431-3104
jeff@jeffglotzerlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

RECEIVED
JUL 2 4 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

July 24, 2008

**VIA FACSIMILE ONLY-(212)805-7917**
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

## MEMO ENDORSED

RE: 972 Irrevocable Trust, et al v. Michael Laing, et al.
Case No.: 08-civ-4907-RPP-HP

Dear Honorable Judge Patterson:

The Court was gracious enough to grant Defendants an extension of time until July 25, 2008 in which to file a Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida. At this time, Defendants respectfully request an additional extension of time until **August 4, 2008** in which to file a Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida. Counsel for Plaintiff's have consented to this application as the parties have agreed to the material terms of a global settlement. We are currently in the process of drafting a settlement agreement and related documents as well as working out a few minor points, which we are optimistic will be resolved without Court intervention.

Thank you for your consideration.

Very truly yours,

Jeffrey M. Glotzer

JMG
cc: Joel Schneck, Esq.(via electronic mail)

*application granted
so ordered
Robert P Patterson
USDJ
7/24/08*