# JEFFREY M. GLOTZER, P.A.
### ATTORNEY AT LAW

6111 BROKEN SOUND PKWY, NW
SUITE #330
BOCA RATON, FLORIDA 33487
TELEPHONE  (561) 443-1994
FACSIMILE   (561) 431-3104
jeff@jeffglotzerlaw.com

August 1, 2008



**MEMO ENDORSED**

**VIA FACSIMILE ONLY-(212)805-7917**
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

      RE: 972 Irrevocable Trust, et al v. Michael Laing, et al.
      Case No.: 08-civ-4907-RPP-HP

Dear Honorable Judge Patterson:

      The Court has been gracious enough to grant Defendants an extension of time until August 4, 2008 in which to file a Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida. At this time, Defendants respectfully request an additional extension of time until **August 18, 2008** in which to file a Reply Memorandum to their Motion to Dismiss Plaintiff's Amended Complaint in Part or in the Alternative, Motion to Transfer Venue to the Southern District of Florida. Counsel for Plaintiff's have consented to this application as the parties have agreed to the material terms of a global settlement. We continue to work through the process of drafting a settlement agreement and related documents as well as working out a few minor points, which we are optimistic will be resolved without Court intervention.

      Thank you for your consideration.

Very truly yours,

Jeffrey M. Glotzer

JMG
cc: Joel Schneck, Esq.(via electronic mail)

*Application granted.*
*So ordered*
*R.P. Patterson*
*vs ov*
*8/4/08*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```